# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TRACY LEE HURST-CASTL,

    Plaintiff,

v.

SABLES, LLC,

    Defendant.

Case No.: 2:25-cv-00752-APG-NJK

**Order**

[Docket No. 8]

Pending before the Court is Defendant's motion for an extension of time to respond to Plaintiff's complaint, Docket No. 8, which is **GRANTED**.[1]

Accordingly, Defendant's deadline to respond is extended to May 19, 2025.

IT IS SO ORDERED.

Dated: May 13, 2025

                        Nancy J. Koppe
                        United States Magistrate Judge

---

[1] Defendant submits that "this is one of many cases Plaintiff has filed related to the property at issue." Docket No. 8 at 2. In light of this representation, if Defendant has reason to believe that this action is related to another action on file, whether active or terminated, it must file in each action and serve on all parties in each action a notice of related cases. *See* Local Rule 42-1(a).

1