# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TRACY LEE HURST-CASTL,

    Plaintiff,

v.

SABLES, LLC,

    Defendant.

Case No.: 2:25-cv-00752-APG-NJK

**Order**

[Docket No. 12]

Pending before the Court is Defendant's motion for an extension of time to file its statement regarding removal, Docket No. 12, which is **GRANTED**.

Accordingly, Defendant's deadline to file the statement regarding removal is extended to May 16, 2025.

IT IS SO ORDERED.

Dated: May 19, 2025

_____
Nancy J. Koppe
United States Magistrate Judge