UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACY LEE HURST-CASTL, | Case No.: 2:25-cv-00752-APG-NJK |
| Plaintiff | **Order Denying Motions to Remand** |
| v. | [ECF Nos. 6, 11] |
| SABLES, LLC, et al., | |
| Defendants | |

Tracy Lee Hurst-Castl moves to remand this case to state court for three reasons: (1) Sables, LLC is a Nevada entity and as a forum defendant it cannot remove the case, (2) the amount in controversy does not exceed $75,000, and (3) Sables did not timely file a Statement Regarding Removal. ECF Nos. 6, 11.  None of these reasons justifies remand.

Sables is a Nevada limited liability company.  "[A]n LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  Hurst-Castl does not dispute that Sables' sole member is a California citizen.  Rather, she alleges that Sables conducts its business in Nevada.  But "the locations at which partnerships conduct business" are irrelevant to subject-matter jurisdiction. *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 84 n.1 (2005) (citation omitted).  Because Sables is deemed a citizen of California, the forum-defendant rule is not violated. *Id.* at 84.

Hurst-Castl's lawsuit seeks equitable and declaratory relief to void a foreclosure sale.  "In cases seeking injunctive relief from a foreclosure sale, the value of the property at issue is the object of the litigation for the purposes of determining the amount in controversy." *Kehoe v. Aurora Loan Servs. LLC*, No. 3:10-cv-00256-RCJ, 2010 WL 4286331, at *4 (D. Nev. Oct. 20,

2010).  Here, the subject property sold for nearly $1 million, so this court's $75,000 jurisdictional minimum is satisfied and I can exercise diversity jurisdiction over the case.

Finally, Hurst-Castl contends that remand is required because Sables did not timely file its Statement Regarding Removal. ECF No. 11 at 3.  But that statement is not jurisdictional, so a late filing does not justify remand.

I THEREFORE ORDER that the motions to remand **(ECF Nos. 6, 11) are denied**.

DATED this 17th day of June, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2