# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY LEE HURST-CASTL,<br><br>    Plaintiff,<br><br>v.<br><br>SABLES, LLC,<br><br>    Defendant. | Case No. 2:25-cv-00752-APG-NJK<br><br>**Order** |

On June 16, 2025, the Court ordered the parties to file a stipulated discovery plan as required by Local Rule 26-1(a), no later than June 18, 2025. Docket No. 25. On June 18, 2025, Defendant filed a status report seeking relief. Docket No. 29 at 1-2. To the extent a party seeks relief or an order from the Court, such request must be made by motion or stipulation. *See* Fed. R. Civ. P. 7(b)(1). The Court will not grant relief improperly requested in a status report.

Plaintiff is **ORDERED** to contact Defendant and schedule the 26(f) conference no later than June 27, 2025. The Clerk's Office is **INSTRUCTED** to send this order by email to T1angel@hotmail.com. *See* Docket No. 27 at 1. The parties must file a joint proposed discovery plan, no later than July 2, 2025. If any party seeks a stay of discovery, that party must file, by July 2, 2025, a request addressing the pertinent standards. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013); *see also Kabo Tool Co. v. Porauto Indus. Co.*, 2013 U.S. Dist. LEXIS 53570, *3 (D. Nev. Apr. 15, 2013). If Plaintiff fails to contact Defendant, Defendant must file notice of said failure, no later than June 27, 2025.

IT IS SO ORDERED.

Dated: June 23, 2025

                                                    Nancy J. Koppe
                                                    United States Magistrate Judge