# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY LEE HURST-CASTL,<br>    Plaintiff,<br>v.<br>SABLES, LLC,<br>    Defendant. | Case No. 2:25-cv-00752-APG-NJK<br><br>**Order**<br><br>[Docket No. 33] |

Pending before the Court is Plaintiff's motion to reset deadlines due to service deficiencies and excusable neglect. Docket No. 33. The motion is properly resolved without a hearing. *See* Local Rule 78-1.

On June 23, 2025, the Court ordered Plaintiff to contact Defendant and schedule the Rule 26(f) conference no later than June 27, 2025. Docket No. 31 at 1. On June 25, 2025, Plaintiff filed the instant motion seeking to extend the deadlines set by the Court due to delayed service. Docket No. 33 at 2-3. Plaintiff submits that she was notified by opposing counsel of the Court's order but has not received the order by mail. Docket No. 33 at 2. Defense counsel submits that they forwarded the Court's order to Plaintiff and emailed with her on June 26, 2025. Docket No. 34 at 1-2. However, Plaintiff did not ask to schedule the 26(f) conference. Docket No. 34 at 2. Plaintiff requests extra time due to her *pro se* status, her "documented medical and cognitive impairments, and her age. Docket No. 33 at 2.

Accordingly, Plaintiff's motion to reset deadlines is **GRANTED**. Docket No. 33. The Court again orders Plaintiff to contact Defendant and schedule the Rule 26(f) conference no later than July 7, 2025. The parties must file a joint proposed discovery plan, no later than July 9, 2025. The Clerk's Office is **INSTRUCTED** to send this order by email to tlhangel@hotmail.com. *See* Docket No. 33 at 2. If Plaintiff fails to contact Defendant, Defendant must file notice of said

1

failure, no later than July 8, 2025.  **PLAINTIFF'S FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: June 30, 2025

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge