UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACY LEE HURST-CASTL,<br><br>    Plaintiff<br><br>v.<br><br>SABLES, LLC,<br><br>    Defendant | Case No.: 2:25-cv-00752-APG-NJK<br><br>**Order Granting in Part Emergency Motions**<br><br>[ECF Nos. 64, 65] |

    Defendant Sables, LLC moves for expedited consideration of its motions to dismiss and to declare plaintiff Tracy Lee Hurst-Castl a vexatious litigant. Sables also requests that I preclude Hurst-Castl from filing any further documents in this case or in *Hurst-Castl v. Long Term Capital Partnership VI, LLC, et al.*, 2:24-cv-02334-GMN-MDC without the court's approval and without posting a bond.

    I grant the motion in part in that I order Hurst-Castl to cease filing documents in this case until I have resolved the pending motions to dismiss and to declare her a vexatious litigant. Sables need not respond to any further filings in this case until I have either resolved those motions or otherwise ordered Sables to respond. I deny the motion's request that I consider the motion to dismiss and to declare Hurst-Castl a vexatious litigant on an expedited basis. Those motions will be resolved in the ordinary course. And I deny Sables' request that I bar Hurst-Castl from filing documents in another case. Sables is not a party in that case, and I am not the presiding judge.

    I THEREFORE ORDER that defendant Sables, LLC's motions for emergency setting **(ECF Nos. 64, 65) are GRANTED in part**.

I FURTHER ORDER that plaintiff Tracy Lee Hurst-Castl shall not file any further documents in this case until I have resolved the pending motions to dismiss and to declare her a vexatious litigant.

I FURTHER ORDER that defendant Sables, LLC need not respond to any further filings in this case until I have either resolved those motions or otherwise ordered Sables to respond.

I FURTHER ORDER that Sables' emergency motions (ECF Nos. 64, 65) are DENIED in all other respects.

DATED this 7th day of August, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE